FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0731

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0731

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                                   O R D E R

TRAVIS STAKER,

     Defendant and Appellant.

_____

Appellant, by counsel, has filed a motion for a 30-day extension of time within which to file his reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before November 9, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2020